# EXHIBIT 1

# EXHIBIT 1





Powered by Clickability

Click to Print

SAVE THIS | EMAIL THIS | Close

RADIO: AM talk station expands to FM band
Posted by **Steve Bornfeld, Las Vegas Review-Journal media writer**
Monday, Aug. 02, 2010 at 01:56 PM

Local listeners will no longer know "Jack."

The '60s-through-today music format in Las Vegas, part of the "Jack Radio" international brand, will be discontinued by owner CBS Radio, to be replaced on Aug. 16 by a weekday simulcast of news-talk station KXNT-AM, 840, the dual operation to be known as 100.5-FM/840-AM NewsRadio KXNT. On weekends, the FM station will broadcast programming from the Sporting News Radio network, as well as NCAA and NFL games.

With its "Jack" format, KKJJ placed 20th out of 26 local stations among listeners 12 and older, ranked by Arbitron, the radio ratings service. That survey was from the summer of 2009, the most recent quarterly measurement compiled completely from diaries filled out by listeners, before the local market switched over to the new, more portable people-meters. In that same survey, KXNT-AM placed seventh, the highest among AM stations.

"We want to capitalize on the FM market because 93 percent of listening in Las Vegas is on FM, so it's a no-brainer," says KXNT program director Bob Agnew. "We've got a tremendous product on the AM that a lot of FM listeners are not exposed to."

Recently, KXNT made a significant change to its lineup, moving talk-show host Alan Stock to afternoons and creating a morning news block. No additional changes are immediately planned with the expansion to FM, Agnew says, but he doesn't rule it out in the future.

"Never say never," he says. "We are always looking to improve what we're doing."

**Find this article at:**
http://www.lvrj.com/blogs/vegasvoice/RADIO_AM_talk_station_expands_to_FM_band.html?ref=099

Click to Print                                                                SAVE THIS | EMAIL THIS | Close

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2





Streaming Provider, Media Hosting & Services

Click here for the last 100 entries in PSR's Portal



Today in Broadcast History



Welcome, **Guest**.Please login or register.

🏠 Home  📅 Calendar  🔍 Search  ✍ Register  👤 Login

---

📖 Puget Sound Radio  ›  ON THE AIR  ›  General Radio News  ›  **Vegas' JACK-FM Throws in the Towel**

**Vegas' JACK-FM Throws in the Towel** This thread currently has 495 views.  🖨 print thread

| 1 Pages | **1** | | Recommend Thread |

**clockwatcher**     August 3, 2010, 3:22pm     ⚠ report

**Admins**

**Posts:** 392

# RADIO: AM talk station expands to FM band

Posted by **Steve Bornfeld,**
**Las Vegas Review-Journal** media writer
Monday, Aug. 02, 2010 at 01:56 PM

Local listeners will no longer know "Jack."

The '60s-through-today music format in Las Vegas, part of the "Jack Radio" international brand, will be discontinued by owner CBS Radio, to be replaced on Aug. 16 by a weekday simulcast of news-talk station KXNT-AM, 840, the dual operation to be known as 100.5-FM/840-AM NewsRadio KXNT. On weekends, the FM station will broadcast programming from the Sporting News Radio network, as well as NCAA and NFL games.

With its "Jack" format, KKJJ placed 20th out of 26 local stations among listeners 12 and older, ranked by Arbitron, the radio ratings service. That survey was from the summer of 2009, the most recent quarterly measurement compiled completely from diaries filled out by listeners, before the local market switched over to the new, more portable people-meters. In that same survey, KXNT-AM placed seventh, the highest among AM stations.

"We want to capitalize on the FM market because 93 percent of listening in Las Vegas is on FM, so it's a no-brainer," says KXNT program director Bob Agnew. "We've got a tremendous product on the AM that a lot of FM listeners are not exposed to."

Recently, KXNT made a significant change to its lineup, moving talk-show host Alan Stock to afternoons and creating a morning news block. No additional changes are immediately planned with the expansion to FM, Agnew says, but he doesn't rule it out in the future.

"Never say never," he says. "We are always looking to improve what we're doing."

Logged    Online    

1 Pages | 1                                                  Recommend Thread



Puget Sound Radio › ON THE AIR › General Radio News › **Vegas' JACK-FM Throws in the Towel**

| General Radio News |

Powered by E-Blah Forum Software 10.3.6 © 2001-2008

# EXHIBIT 3

# EXHIBIT 3

# *-APPLICATION-*

## Title

**Title of Work:** AM talk station expands to FM band

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 2, 2010    **Nation of 1st Publication:** United States

## Author

■   **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com    **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

          **Name:** Steven A. Gibson

          **Date:** September 22, 2010

**Applicant's Tracking Number:** 0002107

Registration #:

Service Request #:   1-490418073

Application Date:   09-22-2010 21:29:53

# Correspondent

Organization Name:   Righthaven LLC
Name:   Steven A. Gibson
Address:   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States